**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

DAVID LUC,

      Plaintiff,

  v.

EQUIFAX INFORMATION SERVICES,
LLC,

      Defendant.

Case No. 1:25-cv-12377-WGY

**DEFENDANT'S MOTION TO RESET THE MAY 18, 2026 HEARING**

Defendant Equifax Information Services, LLC ("Equifax") respectfully requests that the Court reschedule the hearing on Equifax's Motion to Dismiss (the "Motion"), currently set for May 18, 2026, so that it may be heard on the same date as the hearing on a nearly identical motion in *Noel v. Equifax Info. Servs., LLC,* No. 1:2025-cv-12376, involving a nearly identical complaint. Equifax is concurrently filing an identical motion in the *Noel* matter asking that these two cases be heard on the same date.

1.     On September 19, 2025, Equifax filed a Motion to Dismiss Plaintiff's Complaint for failure to state a claim upon which relief may be granted.

2.     The Court scheduled a hearing on the Motion for January 27, 2026 in-person. *See* ECF No. 11 for the Notice Setting Hearing.

3.     On January 23, 2026, due to inclement weather, the Court canceled the hearing. *See* ECF No. 23.

4.     On April 22, 2026, the Court rescheduled the hearing for May 18, 2026 at 10:30 a.m.

a. Also on May 1, the Court rescheduled the hearing on Equifax's Motion to Dismiss in *Noel* for the same time and date, May 18, 2026 at 10:30 a.m. This date has not yet been reset.

b. Also on May 1, 2026, the Court rescheduled the hearing on Equifax's Motion to Dismiss in another nearly identical case, *Usher v. Equifax Info. Servs., LLC*, No. 1:2025-cv-12374, for the same time and date, May 18, 2026 at 10:30 a.m. to June 16.

5.  On May 5, 2026, in response to Mr. Usher's "Motion to Continue Hearing Due to Unavoidable Scheduling Conflict," the Court reset the hearing in *Usher* to June 16, 2026 at 2:30 p.m. in-person.

6.  On May 12, 2026 Equifax received an email from Mr. Noel providing a Motion to Continue the hearing in this case because he has a scheduling conflict with May 18.  However, as of the time of this filing, he has not filed the motion with the Court.

7.  Equifax's counsel, Heather H. Sharp, admitted *pro hac vice* in all three cases (the instant case, *Usher*, and *Noel*), plans to travel from her offices in Atlanta, Georgia to Boston, Massachusetts to present argument in all three cases in-person. Holding all three hearings at three different dates and times would create a considerable travel burden on Ms. Sharp as well as considerable expense for Equifax.

8.  Equifax therefore respectfully requests that this Court reschedule the hearing in this matter and in the *Noel* matter to the same date and time.

a. Mr. Noel has advised counsel for Equifax that he is <u>not available June 16, 2026</u>.

b. Ms. Sharp is on a family vacation and thus <u>not available the week of June 22-26, 2026</u>.  Counsel is preparing and filing leaves of absence for those dates.

2

9.      Plaintiff, who is proceeding *pro se*, responded to Equifax's request that he provide his position to this Motion as follows: "If I have to move my court date then I will do so for June 12. I was hoping not to do my case with everyone else if possible but if I have to move the case then I will do so. Please let me know the correct date I should attend so I can prepare myself."

WHEREFORE, Equifax respectfully requests that this Court reschedule the hearing in this matter and in the *Noel* matter to the same date and time.

DATED:  May 14, 2026               Respectfully submitted,

SEYFARTH SHAW LLP

By:  */s/ Heather H. Sharp*

Heather H. Sharp, *Admitted Pro Hac Vice*
hsharp@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, Georgia  30309-3958
Telephone:  (404) 885-1500
Facsimile:  (404) 892-7056

*/s/ Mario D. Nimock*

Mario D. Nimock (Bar No. 687627)
mnimock@seyfarth.com
SEYFARTH SHAW LLP
233 S. Wacker Drive
Chicago, IL  60606-6448
Telephone: (312) 460-5218
Facsimile: (312) 460-7613

*Counsel for Defendant*
*Equifax Information Services LLC*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, I presented the foregoing DEFENDANT'S MOTION TO RESET THE MAY 18, 2026 HEARING with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and *Pro Se* Plaintiff.

*/s/ Heather H. Sharp*

Heather H. Sharp
*Counsel for Defendant*
*Equifax Information Services LLC*